John C. Mitchell (SBN 215639)
cmitchell@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile:(415) 318-1300

Stephanie Le (SBN 325428)
sle@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

Phyllis B. Sumner (*pro hac vice forthcoming*)
Billie B. Pritchard (*pro hac vice forthcoming*)
psumner@kslaw.com
bpritchard@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Attorneys for Defendant Prisma Prop Tech, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

CHRISTINA DELVALLE, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

PRISMA PROP TECH, LLC, a Delaware limited liability company,

Defendant.

Case No.: 2:26-cv-03372-DJC SCR

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 144; ORDER**

Removal Filed: September 24, 2026
Current Response Deadline: October 1, 2026
Proposed Deadline: November 10, 2026

Pursuant to Rule 144 of the Local Rules for the United States District Court for the Eastern District of California, and subject to the approval of the Court, Defendant Prisma Prop Tech, LLC ("Prisma") and Plaintiff Christina Delvalle ("Plaintiff") (collectively, the "Parties"), by and through their counsel of record, hereby jointly stipulate to extend the deadline for Prisma to answer or otherwise respond to Plaintiff's Class Action Complaint ("Complaint"). In support of this Joint Stipulation, the Parties state as follows:

1. Plaintiff sued Prisma in a putative class action entitled *Delvalle v. Prisma Prop Tech, LLC*, Case No. 26CV019876, in the Superior Court of the State of California for the County of Sacramento on August 19, 2026.

2. The Complaint was served on Prisma on August 25, 2026.

3. On September 24, 2026, Prisma filed its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453. (ECF No. 1).

4. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), a responsive pleading must be presented within 7 days of filing the notice of removal, and thus Prisma's current deadline to respond to the Complaint is October 1, 2026.

5. Prisma's Counsel has only recently been retained and requires time to investigate and analyze the claims in the Complaint and prepare a response to the same. Specifically, Plaintiff has asserted multiple class action claims based on common law and California consumer protection statutes, including theories of liability under a recent amendment to California's Consumers Legal Remedy Act. To properly respond to these claims, Prisma needs additional time to investigate factual issues including, but not limited to, Plaintiff's relationship with Prisma and its website. Such investigation, and a subsequent conference with Plaintiff regarding the substance of her claims, will require more than the seven days to respond that Prisma is allowed by statute upon removal.

6. Further, Plaintiff's counsel is considering whether to file a motion to remand the action to state court.

7. On September 18, 2026, Prisma's counsel contacted Plaintiff's counsel to request an extension of the responsive pleading deadline until November 10, 2026. Plaintiff's counsel

wished to review the as-filed Notice of Removal before filing a stipulation. On September 28, 2026, Plaintiff consented to an extension of the responsive pleading deadline.

8. The Parties have met and conferred regarding Prisma's requested extension. The Parties agree that additional time is necessary for the reasons articulated above, including for the parties to meet-and-confer regarding a potential motion for remand, as well as to explore the possibility of an early resolution of this dispute before the Parties expend significant litigation resources, including but not limited to, briefing a motion to dismiss or other motions that Prisma may file in response to the Complaint. The requested extension is not meant to improperly delay this proceeding.

9. The Parties have agreed to extend Prisma's time to answer or otherwise respond to the Complaint to November 10, 2026. This is the first request for an extension of time to respond to Plaintiff's Complaint. That extension is requested in good faith.

WHEREFORE, the Parties hereby agree and move the Court to grant Prisma a 40-day extension of time within which to file and serve its responsive pleading to the Complaint, up to and including November 10, 2026.

September 28, 2026

Respectfully submitted,

/s/ *John C. Mitchell*
John C. Mitchell (SBN 215639)
cmitchell@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318 1200
Facsimile:(415) 318 1300

Stephanie Le (SBN 325428)
sle@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

Phyllis B. Sumner (*pro hac vice forthcoming*)
Billie B. Pritchard (*pro hac vice forthcoming*)
psumner@kslaw.com
bpritchard@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Attorneys for Defendant Prisma Prop Tech, LLC*

/s/ *Sophia G. Gold* (as authorized Sep. 28, 2026)
**KALIEL GOLD PLLC**
Sophia G. Gold (CA Bar: 307971)
sgold@kalielgold.com
Amanda J. Rosenberg (CA Bar: 278507)
arosenberg@kalielgold.com
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: (202) 350-4783

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar: 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

*Attorney for Plaintiff Christina Delvalle*

**ORDER**

Pursuant to the above Joint Stipulation, Defendant's time to respond to the Complaint is extended to November 10, 2026.

**IT IS SO ORDERED.**

Dated: September 28, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE