John C. Mitchell (SBN 215639)
cmitchell@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318 1200
Facsimile:(415) 318 1300

Stephanie Le (SBN 325428)
sle@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

Phyllis B. Sumner (admitted *pro hac vice*)
Billie B. Pritchard (admitted *pro hac vice*)
psumner@kslaw.com
bpritchard@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Attorneys for Defendant Prisma Prop Tech, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CHRISTINA DELVALLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRISMA PROP TECH, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:26-cv-03372-DJC-SCR<br><br>**JOINT STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 144; ORDER**<br><br>Removal Filed: September 24, 2026<br>Current Response Deadline: November 10, 2026<br>Proposed Deadline: November 24, 2026 |

Pursuant to Rule 144 of the Local Rules for the United States District Court for the Eastern District of California, and subject to the approval of the Court, Defendant Prisma Prop Tech, LLC ("Prisma") and Plaintiff Christina Delvalle ("Plaintiff") (collectively, the "Parties"), by and through their counsel of record, hereby jointly stipulate to further extend the deadline for Prisma to answer or otherwise respond to Plaintiff's Class Action Complaint ("Complaint"). In support of this Joint Stipulation, the Parties state as follows:

1. On August 19, 2026, Plaintiff filed a putative class action against Prisma in the Superior Court of the State of California for the County of Sacramento, entitled *Delvalle v. Prisma Prop Tech, LLC*, Case No. 26CV019876.

2. Plaintiff served the Complaint on Prisma on August 25, 2026.

3. On September 24, 2026, Prisma removed this action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453. (ECF No. 1.)

4. On September 28, 2026, the Parties filed a Joint Stipulation to Extend Defendant's Time to Respond to the Complaint (ECF No. 6), which the Court approved the same day (ECF No. 9). Prisma's current deadline to respond to the Complaint is therefore November 10, 2026.

5. On October 26, 2026, the Parties met and conferred about the status of the case. Plaintiff's counsel stated that they are in the process of adding a second plaintiff, which will raise additional factual issues requiring investigation and analysis. To properly respond to any claims by this prospective plaintiff, Prisma needs additional time to investigate factual issues, including but not limited to the new plaintiff's relationship with Prisma and its website. That investigation, and a subsequent conference between counsel about the substance of these claims, will require more time than remains before Prisma's current deadline.

6. In addition, counsel for Plaintiff and Prisma continue to pursue an early resolution of these claims. Substantive settlement discussions began on October 27, 2026, and the Parties need additional time to explore a potential resolution.

7. The Parties agree that additional time is necessary for the reasons stated above, including to allow the Parties to meet and confer regarding the addition of a new plaintiff and to explore an early resolution of this dispute before the Parties expend significant litigation resources.

The Parties do not seek the requested extension for purposes of improper delay.

8. The Parties have agreed to extend Prisma's time to answer or otherwise respond to the Complaint to November 24, 2026. This is the Parties' second request for an extension of time to respond to the Complaint; the Court granted the first request. The Parties make this request in good faith.

WHEREFORE, the Parties stipulate and respectfully request that the Court grant Prisma a 14-day extension of time, up to and including November 24, 2026, to file and serve its responsive pleading to the Complaint.

Respectfully submitted,

October 29, 2026

*/s/ John C. Mitchell*
John C. Mitchell (SBN 215639)
cmitchell@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318 1200
Facsimile:(415) 318 1300

Stephanie Le (SBN 325428)
sle@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

Phyllis B. Sumner (Admitted *pro hac vice*)
Billie B. Pritchard (Admitted *pro hac vice*)
psumner@kslaw.com
bpritchard@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Attorneys for Defendant Prisma Prop Tech, LLC*

October 29, 2026

*/s/ Sophia G. Gold* (as authorized on 10/27/2026)
**KALIEL GOLD PLLC**
Sophia G. Gold (CA Bar: 307971)
sgold@kalielgold.com
Amanda J. Rosenberg (CA Bar: 278507)
arosenberg@kalielgold.com
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: (202) 350-4783

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar: 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

*Attorney for Plaintiff Christina Delvalle*

**ORDER**

Pursuant to the above Joint Stipulation, Defendant's time to respond to the Complaint is extended to November 24, 2026.

**IT IS SO ORDERED.**

Dated: October 29, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, a copy of the foregoing was served on Plaintiff's counsel via email and FedEx Overnight at the following addresses:

**KALIEL GOLD PLLC**
Sophia G. Gold (CA Bar: 307971)
sgold@kalielgold.com
Amanda J. Rosenberg (CA Bar: 278507)
arosenberg@kalielgold.com
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: (202) 350-4783

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel (CA Bar: 238293)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

By: */s/ John C. Mitchell*
John C. Mitchell (SBN 215639)
cmitchell@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318 1200
Facsimile:(415) 318 1300

Stephanie Le (SBN 325428)
sle@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355

Phyllis B. Sumner (Admitted *pro hac vice*)
Billie B. Pritchard (Admitted *pro hac vice*)
psumner@kslaw.com
bpritchard@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Attorneys for Defendant Prisma Prop Tech, LLC*