John C. Mitchell (SBN 215639)
cmitchell@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Phyllis B. Sumner (admitted *pro hac vice*)
Billie B. Pritchard (admitted *pro hac vice*)
psumner@kslaw.com
bpritchard@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600

*Attorneys for Defendant Prisma Prop Tech, LLC*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA DELVALLE,<br><br>Plaintiff,<br><br>v.<br><br>PRISMA PROP TECH, LLC,<br><br>Defendant. | Case No.: 2:26-cv-03372-DJC-SCR<br><br>**ORDER FOR FURTHER EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND ASSOCIATED DEADLINES** |

**ORDER**

Pursuant to the above Joint Stipulation, Defendant's time to respond to the Complaint is extended to December 8, 2026, the Rule 26(f) conference deadline is extended until December 9, 2026, and the deadline to file the joint report, which will address the deadline to exchange initial disclosures, is extended to December 23, 2026.

**IT IS SO ORDERED.**

Dated: November 17, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE